Date: 05/18/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2019 Dated 05/18/10

Case Number 09-37704 - REINKE, MARK A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| SPRINGER COLLECTIONS<br>876 E 7TH STREET<br>ST PAUL MN 55106-4550<br>3638 | 000002 | 111.31 | 1.90 |
| Remittance Total | | 111.31 | 1.90 |

MICHAEL J. IANNACONE, Trustee

RECEIVED 10 MAY 20 AM 9:47 U.S. BANKRUPTCY COURT ST PAUL MN